United States Court of Appeals for the District of Columbia granted. *Solicitor General Fahy* for the United States. *Mr. James J. Laughlin* for respondent.

No. 560. NATHANSON *v.* UNITED STATES. See *ante,* p. 746.

No. 559. MORTENSEN ET AL. *v.* UNITED STATES. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Eugene D. O'Sullivan* and *Thomas W. Lanigan* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 565. WISCONSIN GAS & ELECTRIC Co. *v.* UNITED STATES. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Van B. Wake* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Chester T. Lane* for the United States.

No. 349. DECASTRO *v.* BOARD OF COMMISSIONERS OF SAN JUAN. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Hugh R. Francis* and *Gabriel de la Haba* for petitioner.

No. 613. AMERICAN SEATING Co. *v.* ZELL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs.*